UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 2:17-CR-066-KAC-CRW-10 |
| SCOTTIE DELPH, | ) ) ) | |
| Defendant. | ) ) | |

**O R D E R**

On August 2, 2023, the Court held Defendant's initial appearance by videoconference on the petition for revocation filed in this case based upon Defendant's alleged violations of his conditions of release [Doc. 616]. Defendant consented to proceeding by videoconference for his initial appearance pursuant to Federal Rules of Criminal Procedure 5(g) and 32.1. Defendant was placed under oath and informed of his constitutional rights. It was determined that Defendant wished to be represented by an attorney and he qualified for appointed counsel. Federal Defender Services of Eastern Tennessee was appointed to represent Defendant. It was also determined that Defendant had been provided with and reviewed with counsel a copy of the Petition.

The Court reviewed with Defendant the contents of the petition on the record. After doing so, the Court advised Defendant of his right to a detention hearing pursuant to Fed. R. Crim. P. 32.1(a)(6) and a preliminary hearing on the allegations contained in the petitions pursuant to Fed. R. Crim. P. 32.1(b)(1).

Defendant waived preliminary and detention hearings without prejudice to later requesting

a detention hearing. Accordingly, Defendant shall remain in the custody of the U.S. Marshal pending his revocation hearing on **September 13, 2023 at 1:00 p.m.** before the Honorable Katherine A. Crytzer, United States District Judge.

    SO ORDERED.

    ENTER:

                                                      s/ *Susan K. Lee*
                                                    SUSAN K. LEE
                                                    UNITED STATES MAGISTRATE JUDGE